127 A.3d 1289

**Elizabeth S. PAOLUCCI, Respondent**

v.

**UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 8, 2015.

*ORDER*

PER CURIAM.

**AND NOW,** this 8th day of December, 2015, the Petition for Allowance of Appeal is **GRANTED.** The issues are:

(1) Does the Commonwealth Court's opinion conflict with this Court's precedent in *Bortz v. WCAB, [*546 Pa. 77, 683 A.2d 259 (1996),] which recognized the distinct con-

duct standards in workers' compensation and unemployment compensation adjudications?

(2) Does the Commonwealth Court's opinion conflict with this Court's precedent in *Harkness v. U[nemployment Comp. Bd. of Review* 591 Pa. 543, 920 A.2d 162 (2007),] which emphasized the prompt and informal nature of unemployment compensation proceedings and, therefore, presents a question of such substantial public importance as to require this Court's definitive resolution?